*In re* MOTTWEILER, Nos. 152208 and 152209; Court of Appeals Nos. 325278 and 325279. Leave to appeal denied at 498 Mich 892.